USDC SCAN INDEX SHEET

















```
JAH    3/28/06    14:38
3:06-CV-00676    LUNOW V. SAN DIEGO CITY OF
*1*
*CMP.*
```

James E. Dunn - State Bar Number 188040
Attorney at Law
550 West C Street, Suite 1960
San Diego, California 92101
Telephone: 619-234-5778

Attorney for ERIC LUNOW & WAYNE TOLLEFSON

FILED

2006 MAR 27 PH 4: 31

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____XO_____DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LUNOW and WAYNE TOLLEFSON, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN DIEGO, SERGEANT DANNY ORDUNO, OFFICER JONATHON LOWE, OFFICER TROY BROWN, OFFICER JEREMY DURRANT, OFFICER TREVOR RILEY, OFFICER BENJAMIN McBETH, OFFICER NICOLAS KELBAUGH, OFFICER TODD BINNEY, OFFICER ROBERT STITES, OFFICER THOMAS GARDENHIRE, OFFICER FENELLA CUSTER, OFFICER STEPHANIE ROSE, OFFICER EDWIN GARETTE, OFFICER CHRISTOPHER PADILLA, SAN DIEGO FIRE DEPARTMENT, ESEQUIEL SANCHEZ, a Fire fighter Captain, RICK ROY, a fire fighter, DAVID PRICE, a Fire Fighter Medic, WILLIAM DOTSON, a Fire Fighter Medic, PETER BUIRCH, a Fire Fighter Medic, and Does 1-20, <br><br> Defendants. | Case No: **06 CV 0676     LAB JMA** <br><br> **COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** <br><br> 1. 42 U.S.C. § 1983 et seq. <br>     Civil Rights Violations <br> 2. Unlawful Policies, Customs or Habits <br> 3. False Imprisonment <br> 4. Battery <br> 5. Negligence <br> 6. Civil Code Section 52.1 |

Plaintiffs allege:

Complaint for Damages and Demand for Jury Trial - 1

## JURISDICTION

1. This is a lawsuit for money damages and is brought pursuant to 42 U.S.C. §1983, et seq., and the Fourth and Fourteenth Amendments to the United States Constitution, for personal injuries and violation of constitutional rights by defendants CITY OF SAN DIEGO, its Police Department Officers, Danny Orduno, Jonathon Lowe, Troy Brown, Jeremy Durrant, Trevor Riley, Benjamin McBeth, Nicolas Kelbaugh, Todd Binney, Robert Stites, Thomas Gardenhire, Fenella Custer, Stephanie Rose, Edwin Garette, Christopher Padilla, SAN DIEGO FIRE DEPARTMENT, its fire fighters, Esequiel Sanchez, Rick Roy, David Price, William Dotson, Peter Buirchand, and DOES 1-20. Jurisdiction is founded on 28 U.S.C. Section 1331 and 1343 and the aforementioned statutory and Constitutional provisions. State claims of negligence, battery and false arrest are alleged as well. Plaintiffs invoke the court's supplemental jurisdiction to consider these state law claims.

## GENERAL ALLEGATIONS

2. Plaintiffs are and were at all material times mentioned herein residents of the City of San Francisco, State of California.

3. At all times mentioned herein defendants Danny Orduno, Jonathon Lowe, Troy Brown, Jeremy Durrant, Trevor Riley, Benjamin McBeth, Nicolas Kelbaugh, Todd Binney, Robert Stites, Thomas Gardenhire, Fenella Custer, Stephanie Rose, Edwin Garette, Christopher Padilla, and DOES 1 through 20 were employees of Defendant CITY OF SAN DIEGO and in doing the acts hereinafter described acted within the course and scope of their employment. The acts of all defendants and each of them, were also done under the color and pretense of the statutes, ordinances, regulations, customs and usages of the State of California. The defendants named above and DOES 1 through 20 are sued individually and in their capacities as employees of the CITY OF SAN DIEGO.

4. At all times mentioned herein defendants Esequiel Sanchez, Rick Roy, David Price, William Dotson, Peter Buirchand, and DOES 1 through 20 were employees of Defendant SAN DIEGO FIRE DEPARTMENT and in doing the acts hereinafter described acted within the course and scope of their employment. The acts of all defendants and each of them, were also done under the color and pretense of the statutes, ordinances, regulations, customs and usages of the State of California. The defendants named above and DOES 1 through 20 are sued individually and in their capacities as employees of the SAN DIEGO FIRE DEPARTMENT.

5. Defendant CITY OF SAN DIEGO is a public entity existing under the laws of the State of California and is the employer of the individual defendants mentioned above.

6. Defendant SAN DIEGO FIRE DEPARTMENT is a public entity existing under the laws of the State of California and is the employer of the individual defendants mentioned above.

7. The true names or capacities whether individual, corporate, associate or otherwise, of defendants named herein as DOES 1 through 20 are unknown to Plaintiffs, who therefore sues said defendants by said fictitious names. Plaintiffs will amend this complaint to show said defendants' true names and capacities when the same have been ascertained. Plaintiffs are informed and believe and thereon allege that all defendants sued herein as DOES are in some manner responsible for the acts and injuries alleged herein.

8. Plaintiffs are informed and believe and therefore allege that at all times mentioned herein each of the defendants was the agent, servant and/or employee of each of the remaining defendants and were, in doing the acts herein alleged, acting within the course and scope of this agency and/or employment and with the permission, consent and authority of their co-defendants and each of them, and each is responsible in some manner for the occurrences hereinafter alleged; and that Plaintiffs' injuries were proximately caused by the actions of each.

## FACTUAL ALLEGATIONS

9. The incident took place on February 20, 2005 at 4444 Pacific Highway, San Diego,

California. Eric Lunow and Wayne Tollefson drove to San Diego to visit Mr. Tollefson's niece. They were staying at the Old Town Inn.

10. In the evening of February 20, 2005, Eric Lunow called 911 because his friend, Wayne Tollefson, was spitting up blood. The paramedics arrived at the scene. When they arrived, they took Wayne Tollefson into the ambulance. At first, the paramedics agreed to let Eric Lunow ride into the ambulance. Then, they changed their mind although Plaintiffs hold powers of attorney for each other's medical care. While Eric Lunow was discussing the situation with the paramedics, the paramedics started to beat up Eric Lunow. Then Wayne Tollefson tried to come to render assistance to Eric Lunow. At that time, the paramedics used excessive force against Wayne Tollefson, although he was very ill.

11. A moment later, the San Diego Police Department arrived at the scene. They started to beat both Plaintiffs too. Eric Lunow were tazed by one of the Police Department officers.

12. Plaintiffs were falsely arrested by San Diego Police Department officers.

13. Plaintiffs were battered and arrested without probable cause.

**FIRST CAUSE OF ACTION**
**[42 U.S.C. § 1983 Constitutional Violations-**
**Unlawful Search and Seizure/Excessive Force**
**Against All Defendants]**

14. Plaintiffs reallege and incorporate by reference each and every allegation contained in Paragraphs 1 through 13 above as though fully set forth herein.

15. As a result of the acts alleged above, Plaintiffs were unlawfully seized by Defendants and each of them. Thus, Plaintiffs suffered an unlawful search and seizure in violation of their constitutional rights as guaranteed by the Fourth Amendment to the United States Constitution. As a result, Plaintiffs are entitled to damages pursuant to Title 42 U.S.C. S 1983, et seq. in an amount to be proven at trial.

16. As a proximate result of the acts alleged above, Plaintiffs were injured in mind and body. Plaintiffs suffered severe physical and emotional distress. Eric Lunow suffered convulsions after being tazed. He has since the incident, experienced double vision, physical

tremors, and other mental problems. These problems manifest in response to strobing lights or sounds. He also developed many bruises, one on his face beneath his eye. He also experienced sensitivity and pain on his chest. Wayne Tollefson was seriously injured too. While the police was holding him on the floor, he kept asking for help with the blood clots forming in his throat which were getting larger all the time. Only after the blood tests came back showing an INR of 8.2 did the doctors seriously attend to his physical needs. However the lacerations to his tongue continued to bleed continuously for about 72 hours.

    17. In committing the acts alleged above, the Defendants acted maliciously and/or were guilty of a wanton and reckless disregard for the rights, feelings and safety of Plaintiffs, and by reason thereof Plaintiffs are entitled to exemplary and punitive damages in an amount to be proven at trial.

### SECOND CAUSE OF ACTION
[42 U.S.C. S 1983 Constitutional Violations via
Unlawful Policies, Customs or Habits
Against the CITY OF SAN DIEGO]

    18. Plaintiffs reallege and incorporate by reference each and every allegation contained in Paragraphs 1 through 17 above as though fully set forth herein.

    19. On information and belief Plaintiffs allege that defendant CITY OF SAN DIEGO, through its Police Department, has unlawful policies, customs and habits of improper and inadequate hiring, training, retention, discipline and supervision of its Police Department officers, including the individual defendants named herein, legally causing the constitutional deprivations, injuries and damages alleged in the First Cause of Action. As a result, Plaintiffs are entitled to damages pursuant to Title 42 U.S.C. 1983, in an amount to be proven at trial.

    20. Further, on information and belief Plaintiffs allege that defendant CITY OF SAN DIEGO, through its Police Department, has an unlawful policy, custom or habit of permitting or condoning the unnecessary and unjustified use of force by Police Department officers, of permitting or condoning attitude arrests and/or acts of unreasonable force related thereto by its

officers, including the individual defendants named herein. Defendant CITY OF SAN DIEGO has a further unlawful policy, custom and habit of inadequate training, supervision and disciplining of errant officers.

21. Defendant CITY OF SAN DIEGO has a further unlawful custom, policy and habit of permitting or condoning unlawful detention, arrest, booking and incarceration procedures and practices by its officers. Said unlawful policies, customs and habits proximately caused the constitutional deprivations, injuries and damages alleged in the First Cause of Action. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983, in an amount to be proven at trial.

22. As a proximate result of the unlawful policies, customs and habits alleged above, Plaintiff suffered the injuries alleged in paragraph 16 above and thus is entitled to general and compensatory damages in an amount to be proven at trial.

### THIRD CAUSE OF ACTION
### [False Imprisonment; Against City of San Diego and Its Police Department Officers]

23. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 through 22 above as though fully set forth herein.

24. By the acts alleged herein, particularly the acts of accusing and detaining Plaintiffs and having them arrested and placed in custody without reasonable cause, Plaintiffs were falsely imprisoned, entitling them to damages pursuant to California law.

25. As a result of these acts Plaintiffs suffered the injuries and damages described in paragraph 16 above, entitling them to damages in an amount to be proven at trial.

26. Plaintiffs did not at any time commit any crime or offense and was wholly innocent of any and all charges made against them by Defendants, and each of them, and had not committed any act which would give defendants any reasonable cause whatsoever to believe that Plaintiffs were guilty of any crime or wrongdoing. In making these false charges herein alleged,

and confining, detaining, and imprisoning Plaintiffs as herein alleged, Defendants acted maliciously and/or was guilty of a wanton and reckless disregard for the rights and feelings of plaintiffs, and by reason thereof plaintiffs are entitled to exemplary and punitive damages in an amount to be proven at trial.

## FOURTH CAUSE OF ACTION
[Battery;
**Against All Individual Defendants**]

27. Plaintiffs reallege and incorporate by reference each and every allegation contained in Paragraphs 1 through 26 above as though fully set forth herein.

28. By the acts alleged above, defendants battered plaintiffs.

29. By the acts alleged above, Plaintiffs suffered the injuries described in paragraph 16, thus entitling them to general and compensatory damages in an amount to be proven at trial.

30. In committing the acts alleged above, Defendants acted maliciously and/or were guilty of a wanton and reckless disregard for the rights and safety of Plaintiffs and by reason thereof, Plaintiffs demand exemplary and punitive damages in an amount to be proven at trial.

## FIFTH CAUSE OF ACTION
[Negligence;
**Against All Defendants**]

31. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 through 30 above as though fully set forth herein.

32. By the acts alleged above, Defendants and each of them were negligent and breached their duty of due care owed to plaintiffs, thereby causing the physical injuries, emotional distress and the damages described in paragraph 16 above.

## SIXTH CAUSE OF ACTION
[Code § 52.1;
**Against All Defendants**]

33. Plaintiffs reallege and incorporate by reference each and every allegation contained in Paragraphs 1 through 32 above as though fully set forth herein.

34. By the acts alleged above, Plaintiffs suffered, by threats, intimidation, force or coercion, violations of their state constitutional rights, including their right to enjoy life, liberty, safety, happiness and privacy entitling them to damages pursuant to California law, particularly Civil Code § 52.1.

35. By the acts alleged above, Plaintiffs suffered the injuries described in paragraph 16, thus entitling them to general and compensatory damages in an amount to be proven at trial.

36. In committing the acts alleged above, Defendants acted maliciously and/or were guilty of a wanton and reckless disregard for the rights and safety of Plaintiffs and by reason thereof, Plaintiffs demand exemplary and punitive damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against defendants and each of them as follows:

1. For general and compensatory damages against defendants and each of them in an amount to be proven at trial;

2. For exemplary and punitive damages defendants and each of them, in an amount to be proven at trial;

3. For costs of suit herein, including reasonable attorneys fees; and

4. For such other and further relief as the Court deems proper.

Dated: 03|27|06

James E. Dunn, Attorney for
Plaintiff Eric Lunow and Wayne Tollefson

**Demand for Jury Trial**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby demand trial by jury in this action for all appropriate issues so triable.

Dated: 03/27/06

James E. Dunn, Attorney for
Plaintiff Eric Lunow and Wayne Tollefson

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Eric Linow and Wayne Tollefson | City of San Diego, Sergeand Danny Orduno, Officer Jonathan House, Officer Troy Brown, Officer Jeremy Durant, Officer Trevor Riley, Officer Benjamin TeBeth, Officer Nicolas Kelbaugh, Officer Todd Birky, et al. |

FILED
06 MAR 27 PM 3:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KO DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Francisco
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
James E. Dunn, SBN 187040
550 West C Street, Suite A60
San Diego, CA 92101.
(619) 234-5778

ATTORNEYS (IF KNOWN)
'06 CV 0676   LAB JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

① 42 U.S.C §1983 Civil Rights Violations; ② Unlawful policies, customs or habits; ③ False Imprisonment; ④ Battery; ⑤ Negligence; ⑥ Civil Code Section 52.1.

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ By proof at Trial   Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE ____   Docket Number ____

DATE 03/27/06   SIGNATURE OF ATTORNEY OF RECORD

PA-10 b250  3/27/06  BH  RCPT# 123077

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)